AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lee, John Z. | U.S. District Court, N.D.Ill. | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

219 South Dearborn Street
Room 122
Chicago, Illinois 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2012 | Freeborn & Peters LLP -- Compensation for legal services rendered before becoming a judge. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Physician Anesthesia Associates |
| 2. 2014 | Illinois Board of Health |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Harvard Law School | 02/21/2014-02/22/2014 | Cambridge, MA | Conference speaker | Transportation, meals, lodging |
| 2. | Korean American Bar Association of San Diego | 04/11/2015 | San Diego, CA | Conference speaker | Transportation, meals, lodging |
| 3. | Federal Judicial Center | 05/01/2014-05/03/2015 | Washington, D.C. | Judicial training | Transportation, meals, lodging |
| 4. | Korea University Law School | 08/08/2014-08/15/2015 | Seoul, South Korea | Guest instuctor | Transportation, meals, lodging |
| 5. | Federal Judicial Center | 10/05/2014-10/07/2014 | Bloomington, IN | Judicial training | Transportation, meals, lodging |
| 6. | Federal Judicial Center | 10/27/2014-10/29/2015 | Palm Beach, FL | Judicial training | Transportation, meals, lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | Capital One | Mortgage on Rental Property #1, Barrington, IL | O |
| 3. | Greentree Financial Services | Mortgage on Rental Property #1, Barrington, IL | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Barrington, IL (2007 $745,000) | E | Rent | O | R | | | | | |
| 2. LPL Financial IRA | F | Dividend | O | T | | | | | |
| 3. - Am. Beacon High Yield | | | | | | | | | |
| 4. - Am. Beacon Lg Cap Value | | | | | | | | | |
| 5. - Am. Century Real Estate | | | | | | | | | |
| 6. - American Funds Cap. Income Builder (x) | | | | | Buy | 01/28/14 | J | | |
| 7. - Artisan Mid Cap | | | | | | | | | |
| 8. - Artisan Small Cap Value | | | | | | | | | |
| 9. - DWS Floating Rate | | | | | | | | | |
| 10. - DWS Select Alt. Allocation | | | | | | | | | |
| 11. - JP Morgan Prime Money Mkt Fund | | | | | | | | | |
| 12. - Janus Venture | | | | | | | | | |
| 13. - Natixis ASG Global Alt. | | | | | | | | | |
| 14. - Oakmark International | | | | | | | | | |
| 15. - Oakmark Select | | | | | | | | | |
| 16. - Oppenheimer Dev. Mkts | | | | | | | | | |
| 17. - Perkins Mid Cap Value | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   - RS Small Cap Growth | | | | | | | | | |
| 19.   - TCW Select Equities | | | | | | | | | |
| 20.   - TCW Total Return | | | | | | | | | |
| 21.   - Touchstone Sands Select | | | | | | | | | |
| 22.   Am. Century Equity Income Mut. Fund (x) | B | Dividend | K | T | Buy | 04/15/14 | J | | |
| 23. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 24. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 25. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 26. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 27.   Artisan Mid Cap. Mut. Fund (x) | | None | J | T | Buy | 12/23/14 | J | | |
| 28.   Deutsche Managed Muni. Bond Mut. Fund (x) | A | Dividend | K | T | Buy | 05/02/14 | J | | |
| 29. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 30. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 31. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 32.   Deutsche Floating Rate Mut. Fund (x) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 33. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 34. | | | | | Buy (add'l) | 05/27/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 36. | | | | | Sold | 12/23/14 | J | A | |
| 37. Henerson Euro. Focus Mut. Fund (x) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 38. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 39. | | | | | Buy (add'l) | 06/18/14 | J | | |
| 40. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 41. Janus Venture Mut. Fund (x) | | None | J | T | Buy | 12/23/14 | J | | |
| 42. Oakmark Selet Mut. Fund (x) | A | Dividend | J | T | Buy | 04/15/14 | J | | |
| 43. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 44. | | | | | Buy (add'l) | 05/27/14 | J | | |
| 45. | | | | | Buy (add'l) | 07/08/14 | J | | |
| 46. | | | | | Buy (add'l) | 12/23/14 | J | | |
| 47. Bright Directions College Savings 9-12 A Portfolio | | None | M | T | | | | | |
| 48. American Fund Capital Income Builder Fund A | | None | | | Sold | 01/28/14 | J | | |
| 49. Schwab One Interest Account | A | Interest | J | T | | | | | |
| 50. JP Morgan Chase Bank Accounts | A | Interest | N | T | | | | | |
| 51. Bright Directions College Savings 13-16 Portfolio (x) | | None | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 6720 Jeffery, LLC | F | Distribution | L | W | | | | | |
| 53. Trust # 1 | E | Dividend | O | T | | | | | |
| 54. - DFA Intern'l Core Equity Ptfl | | | | | | | | | |
| 55. - DFA US Core Equity 2 | | | | | | | | | |
| 56. - DFA Emerg Mkts Core Equity | | | | | | | | | |
| 57. - DFA Intern'l Sm Cap Value | | | | | | | | | |
| 58. - DFA US Small Cap Value Port | | | | | | | | | |
| 59. - DFA US Large Cap Value Port | | | | | | | | | |
| 60. - DFA Real Estate Ptf | | | | | | | | | |
| 61. - DFA Global Real Estate Sec Ptf | | | | | | | | | |
| 62. - DFA Intern'l Value Ptf | | | | | | | | | |
| 63. - Vanguard Intern'l Equity Index | | | | | | | | | |
| 64. - Vanguard REIT ETF Index | | | | | | | | | |
| 65. - FDIC Insured Deposit Account | | | | | | | | | |
| 66. Apple (AAPL) | A | Dividend | L | T | | | | | |
| 67. Revolution Lighting (RVLT) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Lee, John Z. | 05/14/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John Z. Lee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544